| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | MARC P. WOLF (CABN 254495)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6488 |
| 7 | Email: Marc.Wolf@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 12-0444 MAG |
| | ) | |
| v. | ) | **MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION** |
| | ) | |
| VENESSA DELAPAZ, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States Attorney for the Northern District of California hereby moves to dismiss the above captioned Information against the defendant Venessa Delapaz without prejudice.

DATED: ___6/24/13___   Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
MARC P. WOLF
Special Assistant United States Attorney

//
//
//

NOTICE OF DISMISSAL
CR 12-0444 MAG

| | |
|---|---|
| 1 | The Court hereby grants leave to dismiss the above Information without prejudice. |
| 2 | |
| 3 | DATED: June 25, 2013 |
| 4 | NANDOR J. VADAS<br>United States Magistrate Judge |

NOTICE OF DISMISSAL
CR 12-0444 MAG